IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| BOARD OF TRUSTEES, SHEET METAL WORKERS' NATIONAL PENSION FUND, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> SPECIALIZED INSTALLATIONS CORP., <br><br> Defendant. | Civil Action No. 1:13-cv-903 (AJT/TCB) |

## ORDER

This matter is before the Court on the Report and Recommendation (Doc. No. 14) of the Magistrate Judge recommending that default judgment be entered against defendant Specialized Installations Corp. ("Specialized") in favor of plaintiffs Board of Trustees, Sheet Metal Workers' National Pension Fund ("NPF"), the Board of Trustees of the International Training Institute for the Sheet Metal and Air Conditioning Industry ("ITI"), the Board of Trustees of the National Energy Management Institute Committee ("NEMI") and the Board of Trustees of the Sheet Metal Occupational Health Institute Trust ("SMOHIT") (collectively, "plaintiffs" or "Funds") in the amount of $6,059.80 for the sum of unpaid contributions. The Magistrate Judge also recommends that default judgment be entered against defendant in the amount of $372.86 in interest calculated at 0.0233 percent, compounded daily, through October 10, 2013, $1,211.96 in liquidated damages and $3,067.22 in attorneys' fees and costs.

The Court conducted a *de novo* review of the evidence in this case and adopts and incorporates the findings and recommendations of the Magistrate Judge. Accordingly, it is hereby

ORDERED that Plaintiffs' motion for default judgment (Doc. No. 8) be, and the same hereby is, GRANTED; it is further

ORDERED that default judgment be, and the same hereby is, entered against defendant in favor of plaintiff Board of Trustees, Sheet Metal Workers' National Pension Fund ("NPF") in the amount of $5,738.60 in unpaid contributions; $1,147.70 in liquidated damages; $353.04 in accrued interest through October 10, 2013; plus interest accruing from October 10, 2013 until the date of payment accruing at the rate of 12% per annum, for a total award to plaintiff NPF of $7,239.24, plus interest; and it is further

ORDERED that default judgment be, and the same hereby is, entered against defendant in favor of plaintiff Board of Trustees of the International Training Institute for the Sheet Metal and Air Conditioning Industry ("ITI") in the amount of $226.80 in unpaid contributions; $45.36 in liquidated damages; $13.98 in accrued interest through October 10, 2013; plus interest accruing from October 10, 2013 until the date of payment accruing at the rate of 12% per annum, for a total award to plaintiff ITI of $286.14, plus interest; and it is further

ORDERED that default judgment be, and the same hereby is, entered against defendant in favor of plaintiff Board of Trustees of the National Energy Management Institute Committee ("NEMI") in the amount of $56.70 in unpaid contributions; $11.34 in liquidated damages; $3.52 in accrued interest through October 10, 2013; plus interest accruing from October 10, 2013 until the date of payment accruing at the rate of 12% per annum, for a total award to plaintiff NEMI of $71.56, plus interest; and it is further

ORDERED that default judgment be, and the same hereby is, entered against defendant in favor of plaintiff Board of Trustees of the Sheet Metal Occupational Health Institute Trust ("SMOHIT") in the amount of $37.80 in unpaid contributions; $7.56 in liquidated damages; $2.32 in accrued interest through October 10, 2013; plus interest accruing from October 10, 2013

until the date of payment accruing at the rate of 12% per annum, for a total award to plaintiff SMOHIT of $47.68, plus interest; and it is further

ORDERED that default judgment be, and the same hereby is, entered against defendant in favor of plaintiffs in the amount of $3,067.22 in attorneys' fees and costs.

The Clerk is directed to enter judgment in accordance with this Order pursuant to Fed. R. Civ. P. 58 and to forward copies of this Order to all counsel of record and to:

>Specialized Installations Corp.
>Legalzoom.com, Inc., Registered Agent
>100 West Broadway, Suite 100
>Glendale, CA 91201

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
December 17, 2013

3